```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
TOISA LIMITED,                                                          :
                                                                        :
                                Plaintiff,                              :    13 Civ. 1407 (JMF)
                                                                        :
                -v-                                                     :    ORDER OF DISMISSAL
                                                                        :
PT. TRANSAMUDRA USAHA SEJAHTERA,                                        :
                                                                        :
                                Defendant.                              :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2013

JESSE M. FURMAN, United States District Judge:

On September 9, 2013, this Court issued an Order permitting Plaintiff to submit a letter by September 23, 2013, explaining why this case should not be dismissed. (Docket No. 27). Plaintiff has not done so. Therefore, for the reasons discussed on the record during the September 9, 2013 conference, the above-entitled action is hereby dismissed.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: September 24, 2013
       New York, New York

_____
JESSE M. FURMAN
United States District Judge